UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JAMES CAMERON,

        Petitioner,                              CIVIL ACTION NO.
                                                 17-10280-RGS

v.

SEAN MEDERIOS, Superintendent of MCI Norfolk,

        Respondent.

REPORT AND RECOMMENDATION
ON MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*

KELLEY, M.J.

On February 28, 2017, petitioner's Motion for Leave to Proceed to Proceed *in forma pauperis* (Docket No. 2) was referred to this Court for review; however, the same day, petitioner paid the $5.00 filing fee. In light of the payment of the fee, this Court hereby RECOMMENDS to Judge Stearns that petitioner's Motion for Leave to Proceed *in forma pauperis* (Docket No. 2) be DENIED;

Petitioner is hereby noticed that he has a right to object to this Report and Recommendation. Any objections to this Report and Recommendation must be filed with the Clerk of Court within 14 days of receipt of the Report and Recommendation to which objection is made and the basis for such objection. See Rule 72(b), Fed. R. Civ. P. The written objection(s) must specifically identify the portion of the recommendation, or report to which objection is made, and the basis for such objections. See Fed. R. Civ. P. 72. Petitioner is further advised that the United States Court of Appeals for this Circuit has repeatedly indicated that failure to comply with Fed. R. Civ. P. 72(b) will preclude further appellate review of the District Court's order based on this Report and Recommendation. See Phinney v. Wentworth Douglas Hospital, 199 F.3d 1 (1st Cir. 1999); Sunview Condo. Ass'n v. Flexel Int'l, 116 F.3d 962 (1st Cir. 1997); Pagano v. Frank, 983 F.2d 343 (1st Cir. 1993).

 SO ORDERED.

                                                            /s/ M. Page Kelley
                                                            M. PAGE KELLEY
                                                            UNITED STATES MAGISTRATE JUDGE

DATED: 3/2/2017