UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 17-10280-RGS

JAMES CAMERON,
Petitioner

v.

SEAN MEDEIROS,
Respondent

ORDER ON REPORT AND RECOMMENDATION
OF THE MAGISTRATE JUDGE

February 5, 2018

STEARNS, D.J.

I agree with Magistrate Judge Kelley's succinct analysis and her conclusion that petitioner James Cameron has failed to exhaust the claims in his petition as required by the Anti-Terrorism and Effective Dearth Penalty Act, 28 U.S.C. §2254(b)(1)(a), and, moreover, that no exception to the exhaustion requirement applies.1

Consequently, her Recommendation is <u>ADOPTED</u> and the petition for

---

1 To date, Cameron has not filed any Objections to the Report and Recommendation.

habeas relief is <u>DISMISSED</u>.  Any request for the issuance of a Certificate of Appealability pursuant to 28 U.S.C. § 2253 is <u>DENIED</u>, the court seeing no meritorious or substantial basis that would support an interlocutory appeal.

SO ORDERED.

/s/ Richard G. Stearns

_____
UNITED STATES DISTRICT JUDGE